UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------X

NICHOLAS MCKEE, Individually and on     :
Behalf of All Other Persons Similarly Situated,     :     NO. 1:12-cv-01117-SLR-MPT

    :

    Plaintiffs,     :

    :

     -against-     :     **JURY TRIAL DEMANDED**

    :

PETSMART, INC.,     :

    :

    Defendant.     :

-------------------------------------------------------------X

**PLAINTIFFS' MOTION
FOR CONDITIONAL CERTIFICATION**

Plaintiff Nicholas McKee and the Three Opt-ins (together "Plaintiffs") move for an Order, pursuant to 29 U.S.C. § 216(b), conditionally certifying a collective action consisting of all current and former Operations Managers employed by Defendants in the United States of America at any time from September 10, 2009 to the present. Plaintiffs are similarly situated to the putative collective action members because they perform similar job duties and responsibilities, they are subject to Defendants' uniform comprehensive corporate policies and procedures, they are all mis-classified as exempt from the Fair Labor Standards Act's overtime provisions, and they are not paid overtime pursuant to a common corporate policy. Plaintiffs' Motion is supported by an accompanying opening brief and the Declaration of Jeffrey A. Klafter, with exhibits attached thereto. Plaintiffs intend on filing and serving reply papers.

ROSENTHAL MONHAIT & GODDESS, P.A.

OF COUNSEL:

Jeffrey A. Klafter
Seth R. Lesser
Fran L. Rudich
Rachel Aghassi
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
(914) 934-9200

Marc S. Hepworth
David A. Roth
Charles Gershbaum
HEPWORTH GERSHBAUM & ROTH PLLC
192 Lexington Avenue, Suite 802
New York, New York 10016
(212) 545-1199

September 12, 2013

Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070
 (302) 656-4433
jzeldin@rmgglaw.com

*Attorneys for Plaintiff and Opt-ins*