# EXHIBIT H

```
 1            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
 2

 3   NICHOLAS MCKEE, Individually and on
     behalf of all other persons similarly
 4   situated,

 5                  Plaintiff,

 6        vs.           C.A. NO. 1:12-cv-01117-SLR-MPT

 7   PETSMART, INC.,

 8                  Defendant.

 9   (Caption continued on page 2)

10   VIDEO DEPOSITION OF:  KATHLEEN ANN SHIVELY

11   DATE:                 August 15, 2013

12   TIME:                 9:11 a.m.

13

14   LOCATION:             A. William Roberts, Jr.
                           & Assocs.
15                         33 Market Point Drive
                           Greenville, SC 29607

16

17   TAKEN BY:             Counsel for the Defendant

18   REPORTED BY:          AMY R. COPE,
                           Court Reporter

19

20

21

22

23

24

25
```

1    Q.   Right.

2    A.   -- I would just move people based on

3  where Jodi wanted them.

4    Q.   Okay.  So -- but that was your process,

5  you set up the schedule, whether it was auto-run

6  and then you made some movements.  Were you

7  responsible for setting the schedule?

8    A.   I was responsible for moving people

9  where Jodi wanted them.

10   Q.   So Jodi did the schedule?

11   A.   Jodi would tell me where to move

12  people.  If she wanted a specific person for

13  pricing or a specific person for stocking, then I

14  would move them.

15   Q.   Well, let's focus then on manager

16  schedules.  Did you set your schedule and Jodi's

17  schedule?

18   A.   No.

19   Q.   Who did that?

20   A.   Jodi.

21   Q.   So let -- did your schedule fluctuate?

22   A.   Some, yes.

23   Q.   What was your typical schedule?

24   A.   I guess it depended on what happened in

25  the store.  Sometimes I would close one or two

1  nights and sometimes I would be there to bring a

2  truck in.

3       Q.   Well, did you have a typical schedule

4  even though on occasions you might have to work

5  late or come in early?

6       A.   I did have a typical, like, I would

7  close Monday nights.

8       Q.   Okay.

9       A.   Work Tuesday and Wednesday.  Thursday,

10 I would usually bring the truck in and work the

11 schedule.  And then Sunday mornings, I would come

12 in early and work stock.

13      Q.   So you worked Monday to close, Tuesday,

14 Wednesday --

15      A.   During the day.

16      Q.   -- during the day.

17      A.   I might close on Tuesday, that

18 fluctuated.

19      Q.   So on Monday, what were your hours?

20      A.   12:00 to 10:00.

21      Q.   Tuesday and Wednesday, what were your

22 hours?

23      A.   Tuesday could fluctuate, I could close

24 12:00 to 10:00 or I could work 8:00 to 6:00.

25      Q.   And Wednesday?

1    Q.    Did you have to go through a final
2    certification process when you became an operations
3    manager?
4    A.    I don't recall.  I took Get Smart
5    11 years ago, this is not dated 11 years ago.
6    Q.    So do you have any reason to dispute
7    that this is how operations manager have been
8    trained over the last three years --
9    A.    I have no reason to dispute that.
10   Q.    All right.  Well, let's look at the
11   third page of Exhibit 7.  This module describes the
12   job functions of the operations manager.  The first
13   bullet point is front end operations, including
14   opening and closing the store.  Were those your
15   responsibility as the operations manager?
16   A.    Sometimes.
17   Q.    And register functions, you were
18   trained on how the register functions, correct?
19   A.    As is all cashiers, anyone who was on
20   the register.
21   Q.    How often would you be on the register?
22   A.    Every day.
23   Q.    Every day for how long?
24   A.    Sometimes 15 minutes, sometimes 20.
25   Throughout the day it would be different amounts of

1    times, sometimes a couple of hours.

2          Q.   So you're saying there would be days

3    when, as an operations manager in the store, you

4    would be on the register for a couple of hours?

5          A.   Yes.

6          Q.   Okay.  What would be the average amount

7    of time that you would spend on the register during

8    any particular shift that you worked as an

9    operations manager?

10         A.   It would depend on how busy we were.

11   Sometimes it would be a half an hour at a time,

12   sometimes it would be 15 minutes, sometimes -- if

13   we had someone out sick, it could be four hours.

14         Q.   So there was no average?

15         A.   There was really no -- it could depend

16   on the day.

17         Q.   It could be 15 minutes in the day or it

18   could be four hours in the day?

19         A.   It could be.

20         Q.   Now, when you were on the register,

21   would you have a code that you would have to put

22   into the register to identify who you were so it --

23         A.   Yes.

24         Q.   -- so we could go to the system to

25   determine how long you were actually on a register?

1      A.    Yeah, you sure could.

2      Q.    And that would determine -- we would be

3  able to determine whether you were ever on the

4  register four hours, right?

5      A.    Yes, you absolutely could, and you'll

6  find it.

7      Q.    Okay.  The next function in the

8  operations manager certification is CEO

9  responsibilities.

10      A.    Okay.

11      Q.    What are the CEO responsibilities based

12  on your training, even though you didn't complete

13  the training as described in Exhibit 7?

14      A.     It is the manager on duty, they're

15  responsible for wherever there needs backup, so if

16  you need to help bag fish, if you need to help get

17  a hamster, if you need to help get a bird, because

18  there's only one person over in pet care.  You're

19  back up on a register because you only have one

20  cashier.  You might have to go get stock from the

21  back because you have no stockers in the store.

22          You -- and the customer wants a

23  particular bag of dog food and it's not on the

24  shelf, you have to go get it.  So your

25  responsibility is to back up wherever you need it.

1    associates.  We all did price audit.

2         Q.   All right.  And what is a price audit?

3         A.   You take the gun, the pricing gun, you

4    go out, shoot the label, and make sure it's priced

5    correctly.

6         Q.   And then the next bullet point under

7    job functions on this third page of Exhibit 7 is

8    merchandise movement.  Were you certified during

9    your training on merchandise movement?

10        A.   We all were certified on merchandise

11   movement.

12        Q.   When you say, we all, who are you

13   talking about?

14        A.   All the managers and all the stockers

15   and anybody who touched stock.

16        Q.   So this would be, I imagine,

17   certification on how to properly move merchandise

18   from the loading bay in the stockroom in the back

19   of the store out onto the customer floor, right?

20        A.   I mean, they told us exactly how to

21   stock a truck, how to move a pallet from the truck

22   onto the floor, it was everything.

23        Q.   And then the -- moving down the bullet

24   point, we'll talk about WISE later, and the D.O.G.

25   store reviews, under job functions.  It says:

```
 1   given direction.  Because discipline always came
 2   from Jodi.
 3              (DFT. EXH. 18, Letter to Kelly and
 4   Ambir from Kathy, was marked for identification.)
 5   BY MR. VOSS:
 6        Q.   All right.  Showing you a document
 7   marked as Exhibit 18, which is a typed, undated
 8   memo.  Let me know if you recognize it.  Do you
 9   recognize Exhibit 18?
10        A.   Yes.
11        Q.   Is that your typed -- is this your
12   statement?
13        A.   I typed that after talking with Jodi
14   about the condition of our backroom.  And the
15   number of times I had to clean it myself and stock
16   it myself and clean up their fixturing(sic) because
17   they were unorganized.
18        Q.   Okay.  Let's talk about who this is
19   directed to, this is Kelly.  Who is Kelly?
20        A.   Kelly was the presentation manager
21   years ago.
22        Q.   Okay.  And who is Amber?
23        A.   Amber is the presentation manager now,
24   I guess.
25        Q.   Was Amber an associate who reported to
```

1    that right?

2          A.    They were responsible for working the

3    truck.  And sometimes we were scheduled that early

4    too, it would be whoever was scheduled early before

5    the store opened.

6          Q.    Did you have any specific

7    responsibilities as an operations manager over that

8    process?

9          A.    Over working the truck?

10          Q.    Over the merchandise movement process?

11          A.    No, that was -- the presentation

12    manager and then ultimately the store manager.

13          Q.    What about opening the store, what

14    specific responsibilities did you have relative to

15    opening the store?

16          A.    Counting the money, putting the drawers

17    out.  We should shoot the holes and shoot the

18    negatives.  And get -- and key out the damages.

19    And then help fill the holes and help work the

20    stock that needed to be filled for that day.

21          Q.    How did that initial prep work get

22    translated into assignments for associates, is that

23    how --

24          A.    That's what this is, so it tells you

25    every day what you have to do.  So it says negative

1    journal, work hard goods, set planner, perform

2    price changes.  And although, we may have someone

3    scheduled for 15, 20 minutes, half an hour price

4    changes, we may get three hours worth price

5    changes.  So that means that the opening manager is

6    going to be doing those.

7              We may get more pallets than the truck

8    -- they estimated on the trucks, so the opening

9    manager is going to be working stock.

10        Q.    How often did that happen for you?

11        A.    All the time.

12        Q.    How often?

13        A.    Daily.

14        Q.    So you were working stock every day --

15        A.    Yeah.

16        Q.    -- unloading trucks?

17        A.    No, we got two trucks a week, but stock

18   gets worked every day.

19        Q.    So when you say working stock, you mean

20   taking stock from the back of the -- from the

21   stockroom out to the sales floor?

22        A.    Or we have stop stock on every row, so

23   you work it from the top down onto the shelf where

24   it belongs, both of those.

25        Q.    So how much time would you spend daily

1    working stock?

2          A.    A couple of hours.

3          Q.    A couple of hours every day?

4          A.    Yes.

5          Q.    Okay.

6          A.    In-between helping customers,

7    in-between when you clean the store you're helping

8    stock and put stuff back in it's right place.  You

9    do returns.  So you're working stock constantly.

10         Q.    Recovering the store?

11         A.    Or doing returns, which is just

12   stocking it back in its place.  Recovering the

13   store is making it look neat again.

14         Q.    So you would estimate you spend a

15   couple of hours a day during your duties as an

16   operations manager doing stocking?

17         A.    Yes.

18         Q.    Of some sort?

19         A.    Yes.

20         Q.    Did you ever log your activities during

21   the course of a day --

22         A.    No.

23         Q.    -- do you have any documentation?

24         A.    No.

25         Q.    Did you ever keep track of any formal

1    way, what you -- how you were spending your time?

2         A.    No.

3         Q.    Walk me through closing the store.

4    What your responsibilities were when closing the

5    store?

6         A.    Well, when it starts to slow down,

7    usually just after 8 o'clock, you pull a drawer,

8    which there's a specific thing you put into the

9    computer, it sends all the information to your back

10   computer.  You take it and count out that money.

11   You put $200 back into the drawer and the rest

12   becomes your deposit.  And you do that for all of

13   your cash registers.

14            And then you recover the store.  You do

15   the returns, you make sure all the buggies are in.

16   You make sure people leave on time.  You make sure

17   -- and everybody who's in the store does that too,

18   except count the money, the manager is the one who

19   counts the money.  The manager is the one who

20   counts the money, any closing manager.

21        Q.    Any other duties?

22        A.    And you make sure that you help every

23   customer until they're all gone.

24        Q.    Were you responsible for resolving cash

25   register discrepancies?

1      A.    -- and if, you know, anybody had a

2   question, we could look it up on Fetch and as a

3   team together, we made sure that we abided by

4   policies.

5      Q.    And my question really to you, Ms.

6   Shively, was:  Did you feel any responsibility as

7   the operations manager to ensure that associates

8   were complying with the policies in the employee

9   handbook?

10            MS. AGHASSI:  Object to the form.

11            THE WITNESS:  And I'm saying that I

12   didn't take the time to read the employee handbook

13   in the last few years.

14   BY MR. VOSS:

15      Q.    It wasn't important to you?

16            MS. AGHASSI:  Object to the form.

17            THE WITNESS:  I just didn't have time.

18   BY MR. VOSS:

19      Q.    And so you didn't feel it was your

20   responsibility to ensure that associates were

21   complying with the policies in the employee

22   handbook because you didn't really know what they

23   were, right?

24            MS. AGHASSI:  Object to the form.

25            THE WITNESS:  Well, I don't believe

1    that anyone could sit here as a manager and know

2    exactly what's in the employee handbook without

3    reading it.

4    BY MR. VOSS:

5           Q.   And you never read it?

6           A.   I didn't say I never read it.  I hadn't

7    looked at it in the last few years, that's what I

8    said.

9           Q.   But you didn't know what was in the

10   employee handbook?

11          A.   I don't believe that any manager that

12   were to sit in this room could tell you what's in

13   that employee handbook.

14          Q.   I'm just asking you what you knew and

15   what you did.

16          A.   Okay.  And I'm saying I don't remember.

17          Q.   So since you didn't know what the

18   policies were, you felt no responsibility to ensure

19   that associates --

20          A.   That's not what I said.

21          MS. AGHASSI:  Objection, asked and

22   answered several times over.

23   BY MR. VOSS:

24          Q.   I'm sorry, I'm trying to understand

25   what your testimony is, Ms. Shively.

1    stocking?

2         A.   Every store manager when they are MOD,

3    they walk the store, they do returns, they recover,

4    they stock, they pull stock from top, they pull

5    stock from the back.

6         Q.   Okay.  Well, Ms. Secor says that she

7    spends one to two hours per month stocking

8    merchandise.  Okay, so you're different from her in

9    that respect --

10            MS. AGHASSI:  Objection, lacks

11   foundation, speculation.

12   BY MR. VOSS:

13        Q.   Right?

14        A.   And so is every operations manager in

15   this area because they all stock more than that.

16        Q.   Okay.  What other area managers -- what

17   other operations managers are you talking about

18   that in that respect?

19        A.   All the ones in this district, we

20   talked about how much stocking we did.

21        Q.   Give me a name?

22        A.   All of them.

23        Q.   Who?

24        A.   At one of the meetings, we talked about

25   yeah -- Eric and Erin.

1        Q.    Eric?

2        A.    Yeah.

3        Q.    What's Eric's last name?

4        A.    I don't know.

5        Q.    And what's Erin's last name?

6        A.    I don't know.

7        Q.    And so how much time did Eric spend

8   stocking?

9        A.    A lot, we have all talked about how

10  much we've helped with trucks --

11       Q.    How much does Eric spend?

12       A.    I don't know.

13       Q.    Do you have an idea?

14       A.    How could I possibly know that?

15       Q.    How can you know, right?

16       A.    Right.

17       Q.    Did he tell?

18       A.    Yes.

19       Q.    What did he tell you?

20       A.    I stock a lot every day, I help

21  stockers.  We work trucks, we have to get it done

22  by 11:00, we all have to help.  We all do

23  planograms, everybody does.

24       Q.    How much stocking does Erin do?

25       A.    I don't know.

1    cash register, not to be stocking shelves, and not

2    to be pricing product?

3            A.    And not to be doing planograms, not to

4    be resetting end caps and not to be checking

5    prices.

6            Q.    Is that what she described as tasking,

7    did she describe that for you, tasking?

8            A.    That would be considered tasking.

9            Q.    Right.  And so she advised you that you

10   needed to stop tasking and you need to manage the

11   store, right?

12           A.    And that was a very sudden change.

13           Q.    That was a change from your

14   perspective?

15           A.    No, that was a very sudden change.

16           Q.    Okay.

17           A.    Because I was told to task.  I was told

18   to clean the backroom.  I was told to stock.  I was

19   told to bring in -- I was scheduled at 5:00 a.m. to

20   bring in the truck.

21           Q.    Do you have any evidence or any facts

22   that you would point to, Ms. Shively, that leads

23   you to believe that Ms. Ryall decided to administer

24   these -- these action plans to you because you had

25   joined the McKee lawsuit?

1    Q.    No?

2    A.    This was a POG that Jodi asked me to

3    help with.  She indicated that they were inundated

4    with planograms, she asked me to help with it.  She

5    knew I was doing it, it took two days.  And it was

6    something I always did.  I always helped when they

7    inundated with planogram.

8    Q.    She states further on February 27th and

9    28th, Kathy changed her schedule from 8:00 to 6:00

10   to 7:00 to 5:00 without my knowledge in order to

11   complete planner end caps and leash markdowns, even

12   though there were two managers scheduled to do

13   those tasks.  Is that right?

14   A.    I may have changed my schedule in order

15   to help with planner end caps because she had asked

16   me to help with that.  She had asked me to help get

17   them caught back up.

18   Q.    But there were two managers to do that

19   work, right?

20   A.    There were two managers that may have

21   been there to do other things, but not to do what I

22   did.

23   Q.    And her not staying until 6:00 p.m.

24   left the store short-handed during the busiest

25   hours of the day both days.  Is that right?

Kathleen Ann Shively, 8/15/2013                          Page: 399

```
 1          A.    That we did manual labor regularly and
 2    that we worked over 40 hours.
 3          Q.    And any other reason that you decided
 4    to sue your employer for overtime?
 5          A.    I think that's it.
 6          Q.    When you say manual labor regularly,
 7    what do you mean?
 8          A.    Stocking, running the registers,
 9    cleaning the store, pulling a truck in.  Getting
10    fish, wherever back up is needed in the store.
11          Q.    And you felt that those duties:
12    Stocking, running the registers, cleaning the
13    stores, getting fish, unloading the truck, those
14    were more important than your managerial
15    responsibilities?
16                MS. AGHASSI:  Objection,
17    mischaracterization.
18                THE WITNESS:  I never said that.
19    BY MR. VOSS:
20          Q.    So they weren't more important?
21          A.    I never said that either.
22          Q.    Well, what was the most important thing
23    you did?
24          A.    To run -- to make sure the store ran
25    smoothly with the team.  And do the right thing and
```

Kathleen Ann Shively, 8/15/2013                                    Page: 400

 1    sometimes the right thing was to stock a shelf.

 2         Q.   And you were paid significantly more

 3    than the people who were stocking shelves, right?

 4         A.   Yes.

 5         Q.   And so from your perspective, Petsmart

 6    was paying you -- if the only thing that you were

 7    doing was stocking shelves, they could just pay you

 8    minimum wage, right?

 9              MS. AGHASSI:  Objection.

10    BY MR. VOSS:

11         Q.   Right?

12         A.   If that was the only thing I was doing.

13         Q.   So you were doing other things other

14    than stocking shelves?

15         A.   Yeah.

16         Q.   You were making the store run?

17         A.   As we all did.

18              MS. AGHASSI:  Objection,

19    mischaracterization.

20    BY MR. VOSS:

21         Q.   Sure.  The most important thing you

22    were doing is making the store run --

23              MS. AGHASSI:  Objection.

24    BY MR. VOSS:

25         Q.   -- is that right?

1  time you were scheduled for 11 hours a day?

2       A.   It was when I working the Woodruff Road

3  store, so five years ago, five and a half years

4  ago.

5       Q.   And is it every Christmas that you

6  worked six days a week?

7       A.   Yes.

8       Q.   How long a period of time prior to

9  Christmas was that?

10       A.   It depended on how Thanksgiving and

11  Christmas fell, it was usually two to three weeks.

12       Q.   All right.  And that manual labor that

13  you testified to doing earlier, planograms,

14  stocking, cashier, cleaning the store, putting

15  an -- getting animals ready, stocking shelves the

16  trucks, among other things, how much of your

17  regular shift would you spend doing those

18  activities?

19       A.   Usually probably around four hours a

20  day.

21       Q.   And what percentage of your total time

22  would you say you spent doing things like that?

23       A.   I would guess the majority of my time

24  was on the floor, running registers, giving breaks,

25  stocking.