UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------- X
NICHOLAS MCKEE, Individually and on
Behalf of All Other Persons Similarly Situated,

      Plaintiffs,

 -against-

PETSMART, INC.,

      Defendant.
---------------------------------------------------------------- X

NO. 1:12-cv-01117-SLR-SRF

JURY TRIAL DEMANDED

## PLAINTIFF'S MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT, FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND FOR PAYMENT OF THE CLAIMS ADMINISTRATOR'S COSTS AND EXPENSES

Plaintiff NICHOLAS MCKEE, by and through his counsel, hereby moves the Court for an order granting approval of the settlement of this collective action, awarding attorneys' fees and expenses to Plaintiffs' Counsel, approving payments to the Claims Administrator, and providing for the relief detailed in the Proposed Final Order and Judgment submitted herewith, together with any other relief that this Court finds to be just, proper and equitable. Specifically, Plaintiffs and Plaintiffs' Counsel seek:

 (1) Approval of the Settlement;

 (2) Approval to pay the Claims Administrator, The Garden City Group, in an amount not to exceed $80,000.00;

 (3) An award of attorneys' fees in the amount of $1,266,266.67 (one third of the Total Settlement Amount) and expenses in the amount of $245,820.45; and

 (4) Entry of the Proposed Final Order and Judgment.

Defendant has indicated its consent to the entry of the Proposed Final Order and Judgment.

ROSENTHAL MONHAIT & GODDESS, P.A

/s/ Jessica Zeldin
Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com

*Attorneys for Plaintiff and Opt-ins*

OF COUNSEL:

Jeffrey A. Klafter
Seth R. Lesser
Fran L. Rudich
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
(914) 934-9200

Marc S. Hepworth
Charles Gershbaum
David A. Roth
HEPWORTH GERSHBAUM & ROTH PLLC
192 Lexington Avenue, Suite 802
New York, NY 10016
(212) 545-1199

July 20, 2015